11092094
$5766.46

# ZDARSKY, SAWICKI & AGOSTINELLI LLP
ATTORNEYS AT LAW
404 CATHEDRAL PLACE
298 MAIN STREET
BUFFALO, N.Y. 14202
716-855-3200

JOSEPH E. ZDARSKY
K. MICHAEL SAWICKI
GUY J. AGOSTINELLI
GERALD T. WALSH
MARK J. SCHLANT
PATRICK A. DUDLEY
THOMAS P. FITCH
DONALD G. POWELL
DAVID E. GUTOWSKI

TELECOPIER: 716-855-3101
(NOT FOR SERVICE OF PAPERS)

July 15, 2011

Clerk
United States Bankruptcy Court
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202

**Re:** **Carl and Sandra Leinweber**
**Case No. 98-10421B**

Ladies and Gentlemen:

Enclosed is my check no. 10128 for $5,766.46, payable to the Clerk, representing the dividend(s) payable as follows. Please deposit the funds as listed below into the U.S. Treasury as "unclaimed funds". I have made a diligent effort to located the claimant for said funds and have been unable to locate the claimant.

Claimant: National City Bank        Amount: $ 1,345.79     Claim Register # 4

Claimant: GM Cardmember Services    Amount: $ 596.08       Claim Register # 6

Claimant: First Consumers National Bank   Amount: $ 183.95   Claim Register # 8

Claimant: CD Headquarters           Amount: $ 8.95         Claim Register # 11

Claimant: BMG                       Amount: $ 14.42        Claim Register # 19

Claimant: Associates                Amount: $ 397.72       Claim Register # 21

Claimant: Chevy Chase Bank FSB      Amount: $ 3,219.55     Claim Register # 24

Mark J. Schlant, Trustee


FILED JUL 19 2011 BANKRUPTCY COURT BUFFALO, NY